JENNIE BELTON, H. G. TANKERSLEY, J. J. WILLIAMS, AND E. NICHOLSON v. THE STATE.

No. 19229.   Delivered December 1, 1937.

The opinion states the case.

*John L. Poulter,* of Fort Worth, for appellants.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

CHRISTIAN, JUDGE.—This is an appeal from a final judgment upon forfeiture of an appearance bond.

No brief has been filed in this court and we fail to find a waiver by the State of such filing. It is the uniform holding of this court that in cases such as this a brief must be filed in this court, or a waiver of such filing must appear of record. Johns et al. v. State, 29 S. W. (2d) 757.

The appeal is dismissed.

*Appeal dismissed.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.